IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TIMOTEO GOMEZ RAMOS** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 1:14-cv-01250-ABJ |
| | * | |
| **BALLPARK, INC. D/B/A AMERICA'S BEST WINGS, ET AL.** | * | |
| | * | |
| | * | |
| Defendants. | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Timoteo Gomez Ramos, and Defendants, Ballpark, Inc., Bangla Plus One, Inc., Mostofa Mohammad, and Mohammad Karim, by and through their respective counsel, stipulate that all claims set forth in the Complaint filed in the above-captioned matter shall be DISMISSED WITH PREJUDICE, with each party bearing its own costs and attorneys' fees.

_____/s_____     _____/s_____
Michael K. Amster (Bar No. 1001110)          Daniel M. Wemhoff (Bar No. 420233)
mamster@zagfirm.com                          Law Office of Daniel M. Wemhoff
Zipin, Amster & Greenberg, LLC               1201 South Courthouse Road
836 Bonifant St.                             Suite 115
Silver Spring, MD 20815                      Arlington, VA 22204
Telephone: 301-587-9373                      Telephone: 703-589-2199
Fax: 301-587-9373

*Counsel for Defendants*

*Counsel for Timoteo Gomez Ramos*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 19th day of November, 2014, I caused a true and correct copy of the foregoing STIPULATION OF DISMISSAL with the Court using the CM/ECF system which will then send electronic notification of the filing to the following:

Michael K. Amster
Zipin, Amster & Greenberg, LLC
836 Bonifant Street
Silver Spring, MD 20910
*Attorney for Plaintiff*

Daniel M. Wemhoff (Bar No. 420233)
Law Office of Daniel M. Wemhoff
1201 South Courthouse Road Suite 115
Arlington, VA 22204
*Counsel for Defendants*

_____/s_____
Michael K. Amster